(No. 6526█

MASON & MEENTS CONSTRUCTION COMPANY, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed September 19, 1972.*

MASON & MEENTS CONSTRUCTION COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.